## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | **Crim. No. 07-424 (MJD/SRN)** |
| **Plaintiff,** | |
| **v.** | **O R D E R** |
| **Ryan Thanh Dinh (01),** | |
| **Defendant.** | |

LeeAnn K. Bell, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Robert J. Shane, 700 Lumber Exchange Building, 10 South Fifth Street, Minneapolis, Minnesota 55402, for Defendant Ryan Thanh Dinh

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Defendant Ryan Thanh Dinh's Motion to Suppress Evidence (Doc. No. 30) is **DENIED**.

Dated: April 28, 2008

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Judge